## JOSEPH BURTON v. HEARN.

Court of Common Pleas.   November, 1795.

*Wilson's Red Book, 86.*

BASSETT, C. J.   (Charge.)   Whenever the proper time by law comes about when the law presumes the debt paid, some things will take it out of the Statute, as a desire by a testator that all his just debts shall be paid—so any sort of acknowledgment.   Nor is there any splitting of actions:   if part is acknowledged the whole is taken out of the Statute; if one penny is proved, it will answer.

I am clear interest is left with you; you may or may not find interest; in 1 Vent. 65, 10 Mod., in assumpsit the jury have it in their power to give interest or not as damages.   I know of no rule of equity that will prevent a man's having interest when the sum is understood.

Verdict for the sum defendant confessed and interest thereon.